# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

                                                                                     Civil Action
                                                                                     No: **2:12-cv-02108-WGY**

**Multilayer Stretch Cling Film Holdings, Inc.**
**Plaintiff**

v.

**Berry Plastics Corporation**
**Defendant**

## JUDGMENT

      This action came before the Court for a ruling on Defendant's Motion for Summary Judgment. The issues have been heard and the Court Orders the Motion for Summary Judgment is Allowed.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANT**

**Berry Plastics Corporation**

So Ordered

  **/s/ William G. Young**
**United States District Judge**

                                                                 **/s/ Jennifer Gaudet**
                                                                 **Deputy Clerk**

**November 10, 2014**